
AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin J. Laws, being duly sworn, do hereby depose and state the following:

1. I am a Senior Special Agent (SS/A) of the Immigration & Customs Enforcement (ICE), [formerly the United States Customs Service, (USCS)], assigned to the office of the Resident Agent in Charge, Anchorage, Alaska and have been employed by ICE/USCS for approximately twenty (20 ) years. I am responsible for investigations involving the importation and distribution of child pornography. I am further responsible for enforcing federal criminal statutes, along with other officers, involving the sexual exploitation of children, pursuant to Title 18, United States Code, Sections 2251 et seq., 2423, 2422, 2241, and 1470,as well as other statutes involving the sexual exploitation of children.

2. This affidavit is submitted in support of a criminal complaint charging Andrew YOUNG with Receipt and Possession of Child Pornography, in violation of U.S.C. § 2255(a)(2) and (a)(4)(b).

3. Any facts or circumstances cited in this affidavit are from my personal knowledge, other law enforcement officials, or from those specific sources as set forth. The information set forth below is provided as a broad overview of the investigation conducted to date. Not all facts known to me are contained within this affidavit. Only those facts I believe relevant to the Court's probable cause determination are included.

1

OCT 2 3 2009

4.  On October 22, 2009, I assisted APD Detectives Tammy Dunn and Mark Thomas, along with other members of the Internet Crimes Against Children Task Force, in the execution of State of Alaska Search Warrant 3ANS 09-1624 SW. The warrant was executed at a residence at 2220 North Star Street, #20, Anchorage, Alaska. Based on the investigation preceding the search warrant execution, and on the initial review of evidence found at the residence, Andrew Young was arrested on Federal Possession of Child Pornography charges.

**Investigation by the Anchorage Police Department Detective Tammy Dunn**

5.  On October 1, 2009, at about 0640 hours (Alaska Time Zone), Det. DUNN was conducting online pro-active Peer to Peer investigations, searching file sharing networks for candidates trading Child Pornography and was able to make a direct connection to a computer at the IP address xx.xxx.xx.102.  Det. Dunn viewed the digital files within the shared folder of this candidate's computer and found nine (9) digital files in the shared folder on this computer.  All of the files within the folder were .mpg extensions (videos) with file names that included search term words commonly associated with child pornography.  Det. Dunn copied the file titles from within the shared folder and digitally saved them.

2

OCT 2 3 2009

6. Det. Dunn later made direct connect to this particular IP address and downloaded a single file in its entirety exclusively from the IP address. The downloaded file was titled: "Stickam Webcam - Two 12Yo's Tease And Masturbate On The Bed! (Summer Knights) Pt 4.avi". The video clip is one minute thirty five seconds in length and depicts two pre-pubescent girls between nine and eleven years old lying on their backs. Both girls are naked from below the waist and are masturbating.

7. During her connection to this IP address, ~~and others from around the world that also possessed them~~, Det. Dunn was also able to download five (5) other videos containing images of child sexual abuse, *Although the entire file(s) were not completly downloaded from the IP XX.XXX.XX.102 the remainder or portions of the file(s) were down loaded from other users from Around the world.* KAR 10/23/09

*KAR 10/23/09*

8. One of the videos Det. Dunn downloaded was titled: *(Pthc) Open f49-I (9Yo Girl Fucked With 11Yo Boy) (kleuterkutje) (pedo) (ptsc) (TVG) (babyshivid) (childlover) (r@ygold) (nablot) (st peter.mpg.*

9. This video is 13 minutes and 8 seconds long. It depicts a pre-pubescent female and a pre-pubescent male, both between 9 to 11 years old, completely naked and lying next to each other. They masturbate each other as the camera zooms in and out on their genitals and bodies, stopping before showing their faces. They then attempt to engage in penile-vaginal penetration with the female child lying on top of the male child and later penile-anal penetration.

3

10. Another video Det. Dunn downloaded was titled: *Color Climax 1975 Pthc – Really Cute 9yo Danish Boy BonerErect Child Deserves Sex TOO_!! Work It Off With 2 Woman_ Dad Takes The Young One (Trade Only) pedo porn.mpg*

11. This video is 5 minutes and 46 seconds long. It depicts a pre-pubescent male between 5 to 9 years old sitting on a bed between a post-pubescent female between 13 to 16 years and an adult female; all are completely naked. The child is digitally penetrating the post-pubescent female to the left of him while the adult female rubs the child's penis with her hand. The video cuts away to segments without the child present, showing an adult male giving oral sex to the post-pubescent female and a male receiving oral sex from two older females. It then shows the male child washing the other females' bodies while all are naked in a bathtub then returns to the male child and original two females back on the bed where the adult female performs oral sex to the child's penis. The child then lays on the adult female and does pelvic thrusts, simulating having intercourse with the video cutting back and forth between that segment and one showing an adult male having penile-vaginal intercourse with the post-pubescent female until he ejaculates.

### Results of Search Warrant at 2220 North Star #20 (YOUNG'S residence)

12. On October 22, 2009, your affiant assisted Det. Dunn and other members of the Alaska Internet Crimes Against Children Task force with the service of a search warrant at 2220

4

North Start #20, Anchorage, Alaska (YOUNG'S residence). The search resulted in the seizure of three (3) laptop computers and various other storage media including, but not limited to, 8mm tapes, compact disks, as well as numerous external hard drives. Also seized were numerous "traditional film" pictures. The film pictures included numerous images of pre-pubescent male children varying in age from approximately six (6) to nine (9) years old, depicted in various stages of undress, including some children exposing their genitals to the camera.

13. APD Detectives Mark Thomas and Glen Klinkhart conducted very preliminary forensic previews of the following seized items from the residence: one "USB" thumb drive, the hard drive from a laptop computer, and an external hard drive. Those previews revealed hundreds of child pornographic still images as well as hundreds of child pornographic videos. Two of the images are described below:

- a completely nude pre-pubescent male child between seven and tens years old. The boy is seated facing the camera with his legs spread wide exposing his genitals to the camera.

- a pre-pubescent girl and boy both completely naked. The children are between seven and nine years old. The children perform a variety of sexual acts on

5

Case 3:09-cr-00129-JWS   Document 1-2   Filed 10/26/09   Page 5 of 8

each other to include attempted penile/vaginal intercourse and performing oral sex. The movie/video clip is 8 minutes 25 seconds long.

### Thumb database Files and External Hard Drive

14. In reviewing a laptop found in the living room of the residence that was connected to the Internet, agents found a file folder titled "Saved". The file path where the "saved" folder was located was C:\documents and settings\aspire3680\My Documents\Limewire\Saved. According to Limewire.props, a file associated with the file sharing program "Limewire" installed on the laptop computer, that "saved" folder on the laptop is the location where completed downloads are sent when gathering files using the file sharing program Limewire.

15. As part of that "saved" folder, there is an automatic function that creates an additional file within the saved folder called "thumbs.db", with the file path of C:\Documents and Settings\Aspire3680\My Documents\Limewire\Saved\thumbs.db, indicating it is the location where "Limewire" saves files that are downloaded from the Internet and saved by the user.

16. A thumbs.db file is created when pictures or movie file(s) are placed into a folder, either new or preexisting. The thumbs.db file maintains the original file name and the last modified date and time, for files within the specific folder, even if the original file no longer

6

OCT 2 3 2009

exists within the specific folder. This file (thumbs.db) is computer generated and not visible to the typical user.

17. The following file names were found within the thumbs.db file located on the laptop from the residence:

bibcam – Joe 002 – 13yo cumming 10'16".mpg. Last modified 9/26/2009, 4:00:58AM

Bibcam – Golden Boys – Color Video For Boy Lovers 6 – 14Yo Boys In Bed With Cumshot In Mouth (8Min).mpg. Last modified 10/10/2009, 10:03:30PM

Pthc – Bibcam – 13Yo Circumcised Boy Joe Masturbating.mpg. Last modified 10/10/2009, 10:12:06PM

Bibcam – 12Yo Kia 2 (13Yo) Boy Jo Hairless 4Inch Dick Squirts A Little Boy Sperm(1).avi. Last modified 10/11/2009, 9:16:36AM.

18. The thumbs.db file listed in paragraph 17 above shows last modified dates when the files were created within the "saved" folder. However, a review of the "saved" files showed the above file names and associated files were no longer located in the "saved folder" on the laptop computer. Only the thumbs db info was there. Subsequently, those associated files were found on an external hard drive discovered in the residence's bedroom closet. The discovery of those same files on the external hard drive along with their corresponding file dates indicates the files were at one time located on the laptop in the saved files folder, but were moved to the external hard drive.

7

**Andrew Young was be the only resident living at 2220 North Star Street, #20**

19. Det. Dunn determined that the Internet provider for the residence at 2220 North Star Street, #20 was GCI. Their records indicated the subscriber on the account was Andrew Young, with a billing address of 2220 North Star #20, Anchorage, Alaska.

20. Det. Dunn's computer check of APSIN revealed subject Andrew William Young with a home address listed of 2220 North Star Street #20 as of September 15, 2009.

21. In an interview with Andrew William Young on October 22, 2009, he advised your affiant that he was the sole occupant of the residence at 2220 North Star Street, #20, and lived there alone.

## Conclusion

22. Based on the foregoing, I believe that there is probable cause to believe that Andrew Young, has violated Title 18 of the United States Code §§ 2252(a)(2) and (a)(4)(b), by knowingly receiving and possessing child pornography.

SIGNATURE REDACTED

Kevin J. Laws
Senior Special Agent
Immigration & Customs Enforcement

Subscribed and sworn to before me this 23rd day of October, 2009

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

Deborah M. Smith
United States Magistrate Judge

8

OCT 2 3 2009